# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Green Ventures International LLC, Partnership,<br>*Plaintiff*<br>v.<br>Peter J. Guttridge, Vinay Bharathwaj, Innoven Partners, LLP,<br>*Defendant* | )<br>)<br>) Civil Action No. 2:10-1709-MBS<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Green Ventures International, LLC, Partnership shall take nothing of the defendants Guttridge, Bharathwaj, and Innoven Partners as to the civil RICO Claim and this cause of action is dismissed with prejudice under Rule 12(b)(6). It is further ordered that the plaintiff, Green Ventures International, LLC, Partnership shall taking nothing of the defendants Guttridge, Bharathwaj, and Innoven Partners as to the state law claims and these claims are dismissed without prejudice under Rule 12(b)(2).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the defendants' motion to dismiss.

Date: December 13. 2010           *CLERK OF COURT*

                                                                                         s/Angie Snipes

                                                                *Signature of Clerk or Deputy Clerk*